# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES HADDAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **8:05CV432** |
| | ) | |
| **CITY OF WAYNE, et al.,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that, on September 28, 2005, the court distributed a scheduling packet (#7) requiring the parties to file a Rule 26(f) planning report by November 15, 2005. As of December 7, 2005, no planning report has been filed and no party has requested a continuance of the Rule 26(f) reporting deadline.

**IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report by the close of business on **December 30, 2005**, or show cause by written affidavit why they cannot comply with the court's deadline.

**DATED December 8, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**