IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JAN - 3 2006
OFFICE OF THE CLERK

| | | |
|---|---|---|
| CHARLES HADDAD, | ) | CASE NO. 8:05CV432 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| THE CITY OF WAYNE, LANCE WEBSTER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF THE WAYNE POLICE FORCE, SERGEANT MARLON CHINN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A SERGEANT IN THE WAYNE POLICE FORCE, OFFICER HOFFMAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A WAYNE POLICE OFFICER, JOHN DOE 1 THROUGH 4 AND JANE DOE, 5 THROUGH 8, | ) ) ) ) ) ) ) ) ) ) ) ) | UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |
| Defendants. | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ | For Plaintiff | December 29, 2005 |
| /s/ | For Defendants | December 29, 2005 |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable F. A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(d), Fed.R.Civ.P.73 and the foregoing consent of the parties.

Jan. 3, 2006
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CHECK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.