IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLES HADDAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV432** |
| vs. | ) | |
| | ) | **ORDER** |
| **THE CITY OF WAYNE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For good cause shown,

**IT IS ORDERED** that defendants' Motion to Extend Deadlines [21] is granted. All parties are given until and including September 30, 2006 to file motions for summary judgment. All other progression order deadlines remain in effect.

**DATED September 7, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**