IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES HADDAD, | ) | Case No. 8:05CV432 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CITY OF WAYNE, NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Vincent M. Powers, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 20, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for January 24, 2007, is cancelled upon the representation that this case is settled.

Dated this 18th day of January 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge