IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHARLES HADDAD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV432** |
| vs. ) | |
| ) | **ORDER** |
| **THE CITY OF WAYNE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter comes before the Court upon the parties' Joint Motion for Dismissal [36]. Upon review of the matter,

**IT IS ORDERED:**

1. The Joint Motion for Dismissal [36] is granted.

2. The above-captioned matter is dismissed, with prejudice, at plaintiff's cost.

**DATED February 1, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**